Charles S. Hirsch and Others, Appellants, v. Joseph Jacoby, Respondent. — Determination, judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Peter S. Gettell, Respondent, v. Duncan A. Dobie, as Executor, etc., Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of The Commissioner of Public Works (Bridge over the Harlem River).— Order affirmed, with costs and disbursements, on authority of *Matter of Commissioner of Public Works* (135 App. Div. 561). Present — McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. David S. Dick, Relator, v. Rhinelander Waldo, as Police Commissioner, etc., Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Marshall, Respondent, v. Matthew Marshall, Appellant.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Reginald H. Sayre v. Progressive Construction and Leasing Company. — Motion to dismiss appeal denied, with ten dollars costs.  Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George E. Van Vorst, Incorporated, Appellant, v. James S. Strong, Respondent, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion.  Present — Ingraham., P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

William W. Farley, as State Commissioner of Excise, etc., Appellant, v. John Monsees and Others, Respondents.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Flora L. Vose, Appellant, v. Joseph C. Conkling, Individually and as Administrator, etc., and Others, Respondents.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

George B. Hurd, in His Own Behalf, etc., Respondent, v. Greenlawn